■■■ KATHLEEN RIDER, Individually and as Administratrix of the Estate of RONALD H. RIDER, Deceased, Appellant, v OCCIDENTAL CHEMICAL CORPORATION, Formerly Known as HOOKER CHEMICAL AND PLASTICS CORPORATION, et al., Respondents. (Appeal No. 1.)—Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from order of Supreme Court, Erie County, Kane, J.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.

■■■ KATHLEEN RIDER, Individually and as Administratrix of the Estate of RONALD H. RIDER, Deceased, Appellant, v OCCIDENTAL CHEMICAL CORPORATION, Formerly Known as HOOKER CHEMICAL AND PLASTICS CORPORATION, et al., Respondents. (Appeal No. 2.)—Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Kane, J. *(see also, Harris v Alcan Aluminum Corp.,* 91 AD2d 830, *affd* 58 NY2d 1036). (Appeal from judgment of Supreme Court,

Erie County, Kane, J.—summary judgment.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.